UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22194-CIV-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMERICAN AUTOMOTIVE SECURITY
PRODUCTS, INC., BELCORP OF
AMERICA, INC., CHARLES TOBACCO
CORPORATION, FALCON
DISTRIBUTOR, INC., GLOBAL
TRADING CORPORATION OF JOE
TABSHE, SMITHFIELD DISTRIBUTORS,
INC., TABACALERA POPULAR
CUBANA, INC., AND TRANS ATLANTIC
LINK, CORP.,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO VACATE FINAL JUDGMENT

THIS CAUSE comes before the Court upon Defendants American Automotive Security Products, Inc.; Charles Tobacco Corporation; Falcon Distributor, Inc.; Global Trading Corporation of Joe Tabashe; and Smithfield Distributors, Inc.'s January 12, 2009 Motion to Vacate the Final Judgment (D.E. #26). Plaintiff United States of America responded on January 30, 2009 (D.E. #31).

The above-styled case was filed on August 5, 2008 (D.E. #1). On November 10, 2008, the Plaintiff United States of America filed a Motion for Summary Judgment, to

which Defendants' response was due by November 28, 2008 (D.E. #15). On December 10, 2008, the Defendants filed a Motion for Extension of Time to Respond (D.E. #22). The Court granted Defendants' Motion, and required Defendants' Response to be filed on or before January 10, 2009 (D.E. #23). On January 12, 2009, no objections had been filed, and this Court entered Final Summary Judgment for the Plaintiff (D.E. #24, #25).

In the instant Motion, Defendants first ask this Court to allow their Response to the Government's Motion for Final Summary Judgment to be filed out of time because "Rule 6(a)(3) Fed. R. Civ. P. states that when the last day of a period is a Saturday, Sunday or legal holiday, the filing is due on the next day the Court is open." (D.E. #26). Because the Defendants' deadline to respond to the Government's Motion for Summary Judgment was January 10, 2009—which was a Saturday—the Defendants contend that their Response was not due until Monday, January 12, 2009. The Court concludes that the Defendants' Response was due on January 12, 2009, and therefore was filed timely.

Defendants next ask this Court to vacate its January 12, 2009 Final Judgment in light of the Defendants' Response to Plaintiff's Motion for Summary Judgment (D.E. #27). Upon review of Defendants' Response, the Court finds inadequate reasoning to vacate its Final Judgment. The Court is persuaded by the reasoning outlined by the Eleventh Circuit Court of Appeals in *Swisher Int'l, Inc. v. Schafer*, 550 F.3d 1046, 1057–60 (11th Cir. 2008), and, as a result, the Court determines that the Defendants' due process and equal protection rights are not violated by the Fair and Equitable Tobacco Reform Act of 2004, 7 U.S.C. § 518 *et seq*. Accordingly, after a careful review of the

record and the Court being otherwise fully advised in the premises, it is **ORDERED, ADJUDGED, and DECREED** that Defendants' Motion to Vacate Final Judgment **(D.E. #26)** be, and the same is hereby, **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 16th day of March, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

<u>**Counsel for Plaintiff**</u>
**Wendy M. Ertmer**
United States Department of Justice
Civil Division
PO Box 883
Ben Franklin Station
Washington, DC 20044

<u>**Counsel for Defendant**</u>
**Barry M. Boren**
9100 S. Dadeland Blvd.
Suite 1800
Miami, FL 33156